THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : <br> : |
| Applicant, | : <br> : |
| v. | : <br> : MOTION TO ENFORCE MANDATE |
| CITY OF LONG BRANCH, | : <br> : Civil Action No.: 3:15-cv-01081-MAS-TJB |
| Respondent. | : <br> : |

     Pursuant to Local Rule 79.4, of the United States District Court for the District of New Jersey, the U.S. Equal Employment Opportunity Commission hereby moves this Court for an Order implementing the mandate entered on September 25, 2017 by considering the EEOC's motion to enforce the subpoena in the first instance and permitting the parties an opportunity to submit supplemental briefing, or alternatively, by treating the opinion issued by the Hon. Tonianne J. Bongiovanni as a Report and Recommendation and allowing the parties to submit objections within 14 days of the date that an Order is issued by this Court.

Dated:  October 12, 2017

Respectfully Submitted,

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

/s/ *Rosemary DiSavino*_____
Rosemary DiSavino
*Attorney for Plaintiff*
Two Gateway Center, Suite 1703
283-289 Market Street
Newark, N.J. 07102
Telephone: (973) 645-6430
Email: rosemary.disavino@eeoc.gov