THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>     Applicant,<br><br>  v.<br><br>CITY OF LONG BRANCH,<br><br>     Respondent. | NOTICE OF MOTION<br><br>Civil Action No.: 3:15-cv-01081-MAS-TJB |

TO: Emery J. Mishky
   Margolis Edelstein
   400 Connell Drive
   Suite 5400
   Berkeley Heights, N.J. 07922-2775
   Attorney for Respondent

  PLEASE TAKE NOTCE that on a date and time to be determined by the Court, Applicant Equal Employment Opportunity Commission ("EEOC"), will move before the Court for an Order to Enforce the Mandate issued by the U.S. Court of Appeals for the Third Circuit;

  PLEASE TAKE FURTHER NOTICE that in support of its Application, EEOC will rely upon the accompanying Declaration of Rosemary DiSavino and;

  PLEASE TAKE FURTHER NOTICE that a proposed Order granting the relief requested is submitted herewith.

Dated:  October 12, 2017         Respectfully Submitted,

                      **U.S. EQUAL EMPLOYMENT**
                      **OPPORTUNITY COMMISSION**

                      /s/ *Rosemary DiSavino*
                      Rosemary DiSavino
                      *Attorney for Plaintiff*
                      Two Gateway Center, Suite 1703
                      283-289 Market Street

Newark, N.J. 07102  
Telephone: (973) 645-6430  
Email: rosemary.disavino@eeoc.gov