THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
EQUAL EMPLOYMENT OPPORTUNITY   :
COMMISSION,                                                  :
                                                                            :
                Applicant,         :
                                                                            :
    v.                                                                 :
                                                                            :    ORDER
CITY OF LONG BRANCH,                               :
                                                                            :    Civil Action No.: 3:15-cv-01081-MAS-TJB
                                                                            :
                Respondent.   :
_____  :

This matter having been brought before the Court on application of the Equal Employment Opportunity Commission ("EEOC") seeking an Order to Enforce the Mandate of the U.S. Court of Appeals for the Third Circuit, and the Court having considered the matter;

IT IS ON THIS _____ DAY OF _____, 2017;

ORDERED, that this Court shall consider the EEOC's Motion to Enforce the Subpoena in the first instance and that the parties shall file supplemental submissions in accordance with the following schedule:

    1.    The EEOC shall file its initial supplemental submission on or before November 22, 2017;

    2.    Respondent City of Long Branch shall file its opposition no later than December 4, 2017; and

    3.    The EEOC shall file its Reply no later than December 11, 2017.

_____
Honorable Michael A. Shipp, U.S.D.J.