UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : <br> : <br> Applicant, : <br> : <br> v. : <br> : <br> CITY OF LONG BRANCH : <br> : <br> Respondent. : | CERTIFICATION OF SERVICE <br><br> Civil Action No.: 3:15-cv-01081-MAS-TJB |

I HEREBY CERTIFY that on October 12, 2017 I sent a copy of EEOC's Notice of Motion Seeking an Order to Enforce the Mandate issued by the U.S. Court of Appeals, along with the Declaration of Rosemary DiSavino, and a proposed Order, via email and ecf filing, to the following, attorney for Respondent City of Long Branch.

Emery J. Mishky
Margolis Edelstein
400 Connell Drive
Suite 5400
Berkeley Heights, N.J. 07922-2775

Dated:  October 12, 2017

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

/s/ *Rosemary DiSavino*_____
Rosemary DiSavino
*Attorney for Plaintiff*
Two Gateway Center, Suite 1703
283-289 Market Street
Newark, N.J. 07102
Telephone: (973) 645-6430
Email: rosemary.disavino@eeoc.gov