

Attorneys At Law
www.margolisedelstein.com

EMERY J. MISHKY, ESQ.
Direct Dial No.: 908-790-7761
emishky@margolisedelstein.com

**NORTH NEW JERSEY OFFICE:**
**Connell Corporate Center**
**400 Connell Drive**
**Suite 5400**
**Berkeley Heights, NJ  07922**
**908-790-1401**
**Fax 908-790-1486**

SOUTH NEW JERSEY OFFICE:*
100 Century Parkway
Suite 200
Mt. Laurel, NJ 08054
856-727-6000
Fax 856-727-6017

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall  West
Suite 400E
Philadelphia, PA  19106-3337
215-922-1100
Fax 215-922-1772

HARRISBURG OFFICE:*
3510 Trindle Road
Camp Hill, PA  17011
717-975-8114
Fax 717-975-8124

PITTSBURGH OFFICE:
522 William Penn place
Suite 3300
Pittsburgh, PA 15219
412-281-4256
Fax 412-642-2380

SCRANTON OFFICE:
220 Penn Avenue
Suite 305
Scranton, PA  18503
570-342-4231
Fax 570-342-4841

DELAWARE OFFICE:
750 Shipyard Drive
Suite 102
Wilmington, DE 19801
302-888-1112
Fax 302-888-1119

*Member of the Harmonie Group*

October 20, 2017

<u>*Via ECF Filing*</u>
Honorable Michael A. Shipp, U.S.D.J.
U.S. District Court
Clarkson S. Fisher Building
and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   Johnson v. City of Long Branch
      Our File Number:  EJM / 51150.5-00017
      Docket Number:  3:15-cv-01081-MAS-TJB

Dear Judge Shipp:

Kindly accept this correspondence in response to EEOC's October 16, 2017 submission and its proposed order for implementing the mandate issued by the Third Circuit. EEOC proposes that in vacating and remanding Your Honor's Order on March 21, 2016, the Court consider its Motion to Enforce Subpoena be in the "first instance." To the contrary, we request that the Court treat Magistrate Judge Bongiovanni's Order as a "report and recommendation." Judge Bongiovanni's Order is a valid decision based upon on substantive grounds. It is only on procedural grounds that the Order is being vacated and remanded. In addition, EEOC will not be prejudiced by the Order being considered as a "report and recommendation" as EEOC will have sufficient opportunity to file its objections to the Order within 14 days after entry of an order by the Court.

Should Your Honor decide that EEOC's Motion to Enforce be reviewed in the "first instance," we request that the submission dates proposed by EEOC be revised as follows:

1. The EEOC shall file its initial supplemental submission on or before November 22, 2017;

Page 2  
Re: Johnson v. City of Long Branch  
Our File No.: EJM / 51150.5-00017 / 2013014739

October 20, 2017

    2. Respondent, City of Long Branch, shall file its opposition no later than December 11, 2017;

    3. The EEOC shall file its Reply no later than December 18, 2017.

We request the above deadlines allow the Respondent an additional week to submit its Opposition due to the Thanksgiving Holidays. EEOC's proposed deadline does not allow sufficient time for the Respondent's Opposition, nor does it take into consideration the Thanksgiving Holidays. Thank you for Your Honor's kind courtesy and consideration to the foregoing.

                                            Respectfully submitted,

                                            MARGOLIS EDELSTEIN

                                            By: _____  
                                            EMERY J. MISHKY

EJM/nao  
cc: Rosemary DiSavino, Esq. (via ECF Filing)

M:\mdir\51150\00017\COR\2017.10.20 - Ltr to Judge Shipp re opposition.wpd