UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

EQUAL EMPLOYMENT OPPORTUNITY : 
COMMISSION, :
: Civil Action No. 15-1081 (MAS) (TJB)
Petitioner, :
:
v. : **ORDER**
:
CITY OF LONG BRANCH, :
:
Respondent. :

This matter comes before the Court on the application of the Equal Employment Opportunity Commission ("EEOC") seeking an Order to Enforce the Mandate of the U.S. Court of Appeals for the Third Circuit (ECF No. 22). The Court has considered the matter and,

IT IS, on this 23rd day of October 2017 **ORDERED** that:

1. The Clerk shall reopen the case.

2. The Court will consider the EEOC's Motion to Enforce Subpoena (ECF No. 1) in the first instance.

3. The parties shall file supplemental submissions pursuant to the following schedule:

    A. The EEOC shall file its initial supplemental submission no later than November 22, 2017.

    B. Respondent City of Long Branch shall file its opposition no later than December 11, 2017.

    C. The EEOC shall file its reply no later than December 18, 2017.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**