UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. 15-1081 (MAS) (TJB) |
| Petitioner, | |
| v. | **ORDER** |
| CITY OF LONG BRANCH, | |
| Respondent. | |

This matter comes before the Court on Petitioner Equal Employment Opportunity Commission's ("EEOC") Motion for Order to Show Cause Why an Administrative Subpoena Should Not Be Enforced (ECF No. 25). Respondent City of Long Branch filed opposition (ECF No. 26), and the EEOC replied (ECF No. 27). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 22nd day of June, 2018, **ORDERED** that the EEOC's Motion for Order to Show Cause Why an Administrative Subpoena Should Not be Enforced (ECF No. 25) is **GRANTED** and the EEOC Subpoena No. NY-A14-011 should be enforced in full.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**