# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-2836

EEOC v. City of Long Branch

(D. NJ. No.: 3-15-cv-01081)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   March 15, 2019
ARR/cc:
Jeremy D. Horowitz, Esq.
Emery J. Mishky, Esq.
Mr. William T. Walsh,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate